IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:17cr325-MHT
                             )           (WO)
WILLIE BERNARD SMITH         )
```

OPINION AND ORDER

William Matzkow filed a third-party petition claiming an interest in a car that was the subject of a preliminary order of forfeiture in the above criminal case. This case is now before the court on the recommendation of the United States Magistrate Judge that the government's motions to dismiss the Matzkow's third-party petition be granted and that his petition be dismissed without prejudice due to his failure to prosecute his claim. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The magistrate judge's recommendation (doc. no. 130) is adopted.

(2) The government's motions to dismiss the third-party petition of William Matzkow (doc. nos. 127, 129) are granted.

(3) William Matzkow's third-party petition (doc. no. 83) is dismissed without prejudice for failure to prosecute.

DONE, this the 17th day of March, 2020.

                                          /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**